**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DOES, Jane Doe 2 by and through her legal guardian parents John Roe 2 and Jane Roe 2** **PLAINTIFF**

**v.** **No. 4:26-cv-772-DPM**

**X.AI CORP.; X.AI, LLC; and X CORP.** **DEFENDANTS**

**ORDER**

This case is closely related to another case recently opened in the Eastern District of Arkansas, *Does v. X.AI Corp.*, No. 4:26-cv-750-LPR. In the interest of judicial economy and consistent rulings, the Court directs the Clerk to transfer this case to United States District Judge Lee P. Rudofsky by chip exchange.

So Ordered.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

31 July 2026